UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| LAWRENCE YOUNG, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, | : : : : : | ECF CASE<br><br>No. 20-cv-6605 (VEC) |
| Plaintiffs, | : : | |
| v. | : : | **STIPULATED ORDER FOR EXTENSION TO ANSWER** |
| ARMORED REPUBLIC LLC, | : : | **AND EXTEND RULE 26(f) CONFERENCE** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, the parties hereto, through their respective counsel of record, stipulate and agree to the following:

(1)  Defendant, having been served with the Summons and Complaint on November 6, 2020, will have an extension to December 28, 2020 to file its Answer to Complaint.

(2)  The parties consent to adjourn the Rule 26(f) conference to a date that is 30 days after the date the Answer is filed.

IT IS SO ORDERED.

_____
VALERIE E. CAPRONI
UNITED STATES DISTRICT COURT JUDGE

-1-

Dated: New York, New York
       December 3, 2020

AGREED AS TO SUBSTANCE
AND FORM

| GOTTLIEB & ASSOCIATES | DICKINSON WRIGHT PLLC |
|---|---|
| */s/ Jeffrey M. Gottlieb, Esq. (w/consent)* | */s/ David R. Deromedi* |
| Jeffrey M. Gottlieb (JG-7905) | David R. Deromedi, Esq. |
| GOTTLIEB & ASSOCIATES | DICKINSON WRIGHT PLLC |
| 150 East 18th Street, Suite PHR | 500 Woodward Ave., Suite 4000 |
| New York, New York  10003 | Detroit, MI  48226 |
| Tel:  (212) 228-9795 | Tel:  (313) 223-3500 |
| Fax:  (212) 982-6284 | Fax:  (844) 670-6009 |
| jeffrey@gottlieb.legal | dderomedi@dickinsonwright.com |
| Attorneys for Plaintiff | *pro hac vice* Attorneys for Defendant |

4819-5590-6771 v1 [68273-50]